**COMMONWEALTH OF MASSACHU-
SETTS, Plaintiff, Appellant,**

v.

John T. **CONNOR**, Secretary of the De-
partment of Commerce of the United
States of America et al., Defendants,
Appellees.

No. 6722.

United States Court of Appeals
First Circuit.

Heard Oct. 4, 1966.

Decided Oct. 7, 1966.

Frederic E. Greenman, Asst. Atty.
Gen., with whom Edward W. Brooke,
Atty. Gen., and Richard L. Seegel, Asst.
Atty. Gen., were on brief, for appellant.

Morton Hollander, Attorney, Depart-
ment of Justice, with whom John W.
Douglas, Asst. Atty. Gen., Paul F. Mark-
ham, U. S. Atty., and Richard Salzman,
Attorney, Department of Justice, were
on brief, for appellees.

Before ALDRICH, Chief Judge,
WOODBURY *, Senior Judge, and Mc-
ENTEE, Circuit Judge.

* Sitting by designation.

## OPINION OF THE COURT.

### PER CURIAM.

The judgment is affirmed on the opinion of the District Court, D.Mass., 1966, 248 F.Supp. 656.